TILLYE LEVENTHAL & another *vs.* AMERICAN AIRLINES, INC. February 28, 1964. Exceptions overruled. This is an action of tort for injuries sustained by the female plaintiff in New Jersey while a passenger in an airplane owned and operated by the defendant; and, by the male plaintiff, her husband, for consequential damages. The judge of the Superior Court directed verdicts for the defendant against both plaintiffs, who excepted. The plaintiffs did not present any evidence that the defendant was negligent but argue that "the doctrine of res ipsa loquitur applies to this case." Res ipsa loquitur is a rule permitting the jury to draw certain inferences in certain circumstances. *Pinney* v. *Hall*, 156 Mass. 225, 225–226. Thus, the applicability of res ipsa loquitur is to be determined from the law of the forum. Restatement: Conflict of Laws, § 595. See *Gould* v. *Boston*

*& Maine R.R.* 276 Mass. 114, 117; *Holland* v. *Boston & Maine R.R.* 279
Mass. 342, 345; *Peterson* v. *Boston & Maine R.R.* 310 Mass. 45, 47–48;
Harper & James, Law of Torts, § 30.2, p. 1686. Under the law of this
Commonwealth, the doctrine of res ipsa loquitur is not applicable to the
facts in this case. *Wilson* v. *Colonial Air Transport, Inc.* 278 Mass. 420,
424–426.

Joseph E. Levine for the plaintiffs.
Robert Fulton, for the defendant, submitted a brief.